# *IN THE UNITED STATES DISTRICT COURT*
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                           PLAINTIFF

V.                           NO. 4:08CR00104-001 SWW

CLIFTON LAMON THOMAS                                        DEFENDANT

## ORDER

The hearing on the government's motion for revocation of the conditions of supervised release was previously scheduled for April 16, 2014 at 1:00 p.m. The defendant was subsequently arrested and brought before U. S. Magistrate Judge H. David Young for a probable cause hearing and a detention hearing after which defendant was detained pending a final revocation hearing scheduled for April 2, 2014 at 10:30 a.m. The Court has determined that the hearing should be returned to the original setting.

IT IS THEREFORE ORDERED that the final hearing on the motion to revoke supervised release is scheduled to proceed at *1:00 p.m. on WEDNESDAY, APRIL 16, 2014, in Courtroom #389*, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Little Rock, Arkansas.

DATED this 20th day of March 2014.

                                                                  /s/Susan Webber Wright
                                                                  UNITED STATES DISTRICT JUDGE