*IN THE UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF ARKANSAS*
*WESTERN DIVISION*

UNITED STATES OF AMERICA                                         PLAINTIFF

vs.                              4:08CR00104-001   SWW

CLIFTON LAMON THOMAS                                             DEFENDANT

### ORDER

Pending before the Court is defendant's motion to continue the hearing on the government's motions to revoke supervised release previously scheduled April 16, 2014. The government has no objection to the continuance.

IT IS THEREFORE ORDERED that the motion to continue [doc #85] is **GRANTED** and the hearing is rescheduled for **WEDNESDAY, JULY 2, 2014 AT 1:00 P.M. IN COURTROOM #389.**

DATED this 7th day of April 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE