IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                         NO.  4:08CR00104-001  SWW

CLIFTON LAMON THOMAS                                        DEFENDANT

## ORDER

Pending before the Court is defendant's motion to transfer defendant to alternate facility. Defendant is in the custody of the U. S. Marshal Service and is requesting to be moved from the Dallas County Detention Facility where he is currently being held.  The Court does not have the authority to intervene in custody matters, but will forward a copy of the motion stating the concerns of defense counsel to the U. S. Marshal Service.  Counsel is directed to contact the U. S. Marshal Service to supply any additional information available.

IT IS THEREFORE ORDERED that defendant's motion to transfer defendant to alternate facility [doc #87] is denied as moot.

DATED this 6th day of May 2014.

/s/Susan Webber Wright
United States District Judge