# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                                    NO.  4:08CR104-001  SWW

CLIFTON LAMON THOMAS                                    DEFENDANT

## ORDER

The above entitled cause came on for hearing July 2, 2014 on government's petitions to revoke the supervised release [docs #67 & #73] previously granted this defendant in the United States District Court for the Eastern District of Arkansas.  Based upon the testimony of witness and exhibits received, the Court found that defendant  has violated the conditions of his supervised  release without just cause.

IT IS THEREFORE  ORDERED  AND ADJUDGED that the government's motions to revoke are *granted* the supervised  release  previously granted this defendant is hereby *revoked*.

IT IS FURTHER  ORDERED that defendant shall serve a term of imprisonment of *THIRTY-THREE (33) MONTHS* in the custody of the Bureau of Prisons.  The Court recommends that defendant be placed in FCI, Forrest City, Arkansas to be close to family; and that defendant participate in residential or non-residential substance abuse programs and educational/vocational programs during incarceration.  The Court requests that the Bureau of Prisons be mindful of the serious medical condition of defendant's right hand and arm resulting from a gunshot injury.

There will be *NO* term of supervised release following the term of incarceration.

The defendant is remanded to the custody of the U. S. Marshal Service to be transported to designated facility for service of the sentence imposed.

IT IS SO ORDERED this 8th  day of July 2014.

/s/Susan Webber Wright
United States District Judge