# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

vs.                                    NO.  4:08CR00104-001  SWW

CLIFTON LAMON THOMAS                                                        DEFENDANT

## ORDER

The above entitled cause came on for re-sentencing hearing June 4, 2015 pursuant to a Mandate from the United States Court of Appeals for the Eight Circuit.

IT IS THEREFORE ORDERED AND ADJUDGED that defendant shall serve a term of imprisonment of **TWENTY-FOUR (24) MONTHS** in the custody of the Bureau of Prisons. There will be *NO* term of supervised release following the term of incarceration.    All other provisions in the Order entered July 8, 2014 [doc #90] remain in full force and effect.

The defendant is remanded to the custody of the U. S. Marshal Service to be transported to designated facility for service of the sentence imposed.

DATED this 5th day of June 2015.

                                                            /s/Susan Webber Wright
                                                            United States District Judge